# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2009

138912

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re BLAKE SAMUEL COLLINS and
NEVEAH HARRIS, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

                                       SC: 138912
                                       COA: 288182
                                       Wayne CC Family Division:
                                       08-479017-NA

CRYSTAL JEWELL COLLINS,
      Respondent-Appellant,

and

MICHAEL FORREST FLETCHER and
DEPLURI HARRIS,
      Respondents.

_____/

      On order of the Court, the application for leave to appeal the April 23, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2009

_____
Clerk

s0602